UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION, AT CHATTANOOGA

| | | |
|---|---|---|
| Johnathan William Ellish | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| City of East Ridge, Tennessee; Anna Simmons; | ) | |
| James Tyler Davis; and Samuel Roistacher | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF REMOVAL

COME Defendants, City of East Ridge, Tennessee, Anna Simmons, J. Davis, and Samuel

Roistacher (collectively referred to as "Defendants"), through respective undersigned counsel,

pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, and file this Notice of Removal. As grounds

therefore, Defendants would show as follows:

I.

That the Plaintiff filed his Complaint against Defendants on or about December 30, 2022,

in the Circuit Court of Hamilton County, Tennessee, Docket No. 22-C-1318.

II.

That a Summons issued for Defendant, City of East Ridge and a copy of the Complaint

were served upon the City of East Ridge on or about January 3, 2023.

III.

That Anna Simmons received notice of the suit on or about January 3, 2023.

IV.

That a Summons issued for Defendant, James Tyler Davis, and a copy of the Complaint were served upon James Tyler Davis on or about January 3, 2023.

V.

That a Summons issued for Defendant, Samuel Roistacher, and a copy of the Complaint were served upon Samuel Roistacher on or about January 3, 2023.

VI.

That Plaintiff brought this matter pursuant to 42 U.S.C. §1983 and §1988.

That Plaintiff has alleged violations of his rights under the Fourth and Fourteenth Amendments to the United States Constitution.

VII.

That, pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, the Defendants are entitled to remove this case to federal Court.

VIII.

That this Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b) in that it is filed within thirty (30) days after the original filing and within thirty (30) days after the receipt by the Defendants of the Summons and Complaint.

IX.

That, according to the Plaintiff's Complaint, this case involves an incident that occurred in Hamilton County, Tennessee.

That this Court is the district court for the district embracing Hamilton County, Tennessee.

That, pursuant to 28 U.S.C. §1331, this Court has jurisdiction over this case.

X.

That Exhibit A contains all the process, pleadings, or other documents contained in the court file of the Circuit Court of Hamilton County, Tennessee, Case No. 22-C-1318.

XI.

That each Defendant consents to the removal of this action to the U.S. District Court for the Eastern District of Tennessee.

XII.

That Defendants expressly reserve the right to raise all defenses and objections in this case after this action has been removed to this Court.

WHEREFORE, Defendants pray that the above-referenced cause of action be removed from the Circuit Court of Hamilton County, Tennessee, to this Honorable Court.

CITY OF EAST RIDGE, TENNESSEE

By: ___ s/ Philip Aaron Wells _____
Keith H. Grant, BPR# 023274
Philip Aaron Wells, BPR# 036248
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
Telephone: (423) 756-5051
kgrant@rswlaw.com
awells@rswlaw.com
*Attorneys for Defendants, City of East Ridge, Tennessee*

SAMUEL ROISTACHER AND ANNA
SIMMONS

By: _____*s/ Dan R. Pilkington w/permission*_____
Reid A. Spaulding, BPR# 023363
Dan R. Pilkington, BPR# 024660
Watson, Roach, Batson, & Lauderback, PLC
P.O. Box 131
Knoxville, TN 37901
Telephone: (865) 637-1700
dpilkington@watsonroach.com
*Attorney for Defendants Samuel Roistacher
and Anna Simmons*


JAMES TYLER DAVIS

By: _____*s/Lane Moore w/permission*_____
Lane Moore, BPR #018815
Moore, Rader, Fitzpatrick & York
P.O. Box 3347
Cookeville, TN 38502-3347
*Attorney for Defendant James Tyler Davis*


## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.


Robinson, Smith & Wells, PLLC

By: _____*s /Philip Aaron Wells*_____

cc:    Robin R. Flores, Attorney
       4110-A Brainerd Road
       Chattanooga, TN 37411
       robinflores@comcast.net
       *Attorney for Plaintiff*


dlw/010323/RDW/erellish.notice of removal.federal