IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOHNATHAN WILLIAM ELLISH, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:23-CV-00020-TAV-CHS |
| | ) | |
| VERSUS | ) | JURY DEMAND |
| | ) | |
| CITY OF EAST RIDGE, TENNESSEE; ANNA SIMMONS; JAMES TYLER DAVIS; AND SAMUEL ROISTACHER | ) ) ) | |
| | ) | |
| Defendants | ) | |

**ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(2), the Plaintiff requests that this action be dismissed with full prejudice. The Court finds that the Plaintiff and all Defendants, by and through counsel, have agreed that this matter shall be dismissed with full prejudice against all Defendants, including, the City of East Ridge, Tennessee, Anna Simmons, James Tyler Davis, and Samuel Roistacher.

It is therefore, ORDERED that this matter is dismissed with full prejudice pursuant to Rule 41(a)(2). Each party will bear their own attorneys' fees and costs.

ENTERED this the ____ day of _____, 2023.

_____
JUDGE VARLAN

1

APPROVED FOR ENTRY:

FLORES LAW OFFICE

by <u>ROBIN FLORES, B.P.R. No. 020751</u>
 Robin Flores
 Attorneys for Plaintiff,
 Johnathan Ellis
 4110 Brainerd Road, Suite A
 Chattanooga, TN 37411


MOORE, RADER,
FITZPATRICK & YORK, P.C.

By <u>LANE MOORE, B.P.R. No. 018815</u>
 Lane Moore
 Attorneys for Defendant,
 Officer James Tyler Davis
 P. O. Box 3347
 Cookeville, TN 38502
 (931-526-3311)


ROBINSON, SMITH & WELLS


By <u>KEITH H. GRANT, B.P.R. No. 023274</u>
 Keith H. Grant
 Phillip Aaron Wells
 Attorneys for Defendant,
 City of East Ridge, Tennessee
 633 Chestnut Street, Suite 700
 Chattanooga, TN 37450

WATSON, ROACH, BATSON & LAUDERBACK


By <u>REID A. SPAULDING, B.P.R. No. 023363</u>
    Reid A. Spaulding
    Dan R. Pilkington
    Attorneys for Defendants,
    Sanuel Roistacher and Anna Simmons
    1500 Riverview Tower
    900 South Gay Street
    Knoxville, TN 37901


LITCHFORD, PEARCE & ASSOCIATES, PLLC


By <u>MARK W. LITCHFORD, B.P.R. No. 027381</u>
    Mark W. Litchford
    Attorney for Defendant,
    City of East Ridge, Tennessee
    Post Office Box 8127
    Chattanooga, TN 37414